USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**In re JERSON IMMER VELÁZQUEZ,**

**Debtor-Appellant,**

**-against-**

**THOMAS C. FROST,**

**Appellee.**

**---------------------------------------------------------------X**

**26-CV-07468 (RA)(SN)**

**ORDER**

**---------------------------------------------------------------X**

**In re JERSON IMMER VELÁZQUEZ,**

**Debtor-Appellant,**

**-against-**

**THOMAS C. FROST,**

**Appellee.**

**---------------------------------------------------------------X**

**26-CV-07472 (RA)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

Appellant, proceeding *pro se*, asks the Court to grant him *in forma pauperis* ("IFP") status for his appeal based on his IFP status in another District. Docket No. 26-CV-07468, ECF No. 8; Docket No. 26-CV-07472, ECF No. 11.

Appellant's request is DENIED. The Court cannot grant IFP status based on another court's decision. Appellant is directed to either pay the filing fee or complete an application to proceed IFP in this District, available at https://nysd.uscourts.gov/sites/default/files/2018-06/IFP-

application.pdf. The Court cannot consider Appellant's other motions until he takes one of the above actions.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2026
New York, New York